UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Nos. 3:10-CR-124 |
| V. | ) | 3:11-CR-11 |
| | ) | |
| LESLIE JANOUS, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION FOR ADDITIONAL TIME
## TO RESOLVE FORFEITURE ISSUES AND TO
## HOLD HEARING IN ABEYANCE

The United States of America, by and through the William C. Killian, United States Attorney for the Eastern District of Tennessee and Anne-Marie Svolto, Assistant United States Attorney, and Leigh Janous, by and through her attorney, Allison S. Jackson, hereby file this Joint Motion and state the following:

The response of the United States to the Petition of Leigh Janous (Docs. 40 and 70) is due on November 15, 2013. A hearing on the Petition is scheduled for December 12, 2013. (Doc. 53.) On November 1, 2013, The United States requested additional time to respond to the Petition in order to work out a settlement agreement. (Doc. 54, 84.)

The United States and the claimant are now finalizing details of an agreement disposing of the contested claims. The parties need additional time to exchange information and locate certain of the properties. The parties believe that a brief extension of two weeks, for the reason stated herein will result in a settlement agreement between the parties. Although a settlement agreement has not been finalized as of the date of this filing, the parties agree that a hearing on the Petition is unnecessary. Accordingly, the parties ask jointly for an extension through December 2, 2013, within which to resolve the forfeiture issues and file a settlement agreement

for the Court's approval. The parties further submit that the pending settlement agreement obviates the need for a hearing on the Petition and respectfully requests that the Court hold the hearing scheduled for December 12, 2013, in abeyance.

Respectfully submitted this 15th day of November, 2013.

          Respectfully submitted,
          WILLIAM C. KILLIAN
          United States Attorney

By: *s/Anne-Marie Svolto*
     Anne-Marie Svolto
     Assistant United States Attorney
     800 Market St., Suite 211
     Knoxville, Tennessee 37902
     (865) 545-4167

*s/ Allison S. Jackson* (by permission)
ALLISON S. JACKSON
Attorney for Claimant
Hagood, Tarpy & Cox
900 S. Gay Street
Riverview Tower, Ste. 2100
Knoxville, TN 37902
(865) 9525-7313

## CERTIFICATE OF SERVICE

     I hereby certify that on November 15, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/Anne-Marie Svolto*
     Anne-Marie Svolto
     Assistant United States Attorney

2