UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| UNITED STATES OF AMERICA, | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | | |
| | ) | Nos. | 3:10-CR-124 |
| V. | ) | | 3:11-CR-11 |
| | ) | | |
| LESLIE JANOUS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## MOTION FOR ADDITIONAL TIME TO RESOLVE FORFEITURE ISSUES

The United States of America, by and through the William C. Killian, United States Attorney for the Eastern District of Tennessee and Anne-Marie Svolto, Assistant United States Attorney, hereby files this Motion and states the following:

The Court granted an extension until November 15, 2013 for the United States to respond to the Petition of Leigh Janous. On November 15, 2013, the United States requested additional time to respond to the Petition in order to work out a settlement agreement. (Docs. 86 and 56.) On November 18, 2013, the Court granted the United States an extension until December 2, 2013 to respond to the Petition. (Docs. 87 and 57.)

The United States and the claimant are in the process of finalizing details of a settlement agreement. The parties need additional time to exchange information. An extension of thirty days, for the reason stated herein should result in a settlement agreement between the parties. Accordingly, the United States asks for an extension through January 1, 2014, within which to resolve the forfeiture issues and file a settlement agreement for the Court's approval or in the alternative to file a response to the Petition of Leigh Janous.

Respectfully submitted this 2nd day of December, 2013.

                    Respectfully submitted,

                    WILLIAM C. KILLIAN
                    United States Attorney

By: *s/Anne-Marie Svolto*
     Anne-Marie Svolto
     Assistant United States Attorney
     800 Market St., Suite 211
     Knoxville, Tennessee  37902
     (865) 545-4167

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2013 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other interested parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

By: *s/Anne-Marie Svolto*
     Anne-Marie Svolto
     Assistant United States Attorney